Prob 12
(Rev 3/89)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Anthony Irvin                                             Docket No. 05-00189-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Irvin, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 22nd day of September 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall participate in a program of testing and treatment as directed by the probation officer.

09-22-06:   Possession of a Firearm by a Convicted Felon; 30 months followed by 3 years' supervised release.
03-14-07:   Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee has violated the following condition:

**The defendant shall not commit another federal, state or local crime.**

On January 21, 2009, the supervised releasee was arrested by the Pittsburgh Police and charged with Carrying a Firearm Without a License, Driving Under the Influence of Alcohol, Fleeing or Attempting to Elude Police, Recklessly Endangering Another Person, Reckless Driving, Driving Without a License and Accident Involving Damage to Attended Vehicle or Property.

The supervised releasee has charges of Simple Assault, Theft by Unlawful Taking, Loitering and Prowling at Night and False Information to Law Enforcement Officers pending in the Allegheny County Court of Common Pleas at Docket No. CP-02-CR-0015373-2008. The offense occurred on May 2, 2008, which was during the term of supervised release. The defendant failed to appear for a formal arraignment on November 18, 2008. Therefore, a bench warrant was issued on November 26, 2008.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

|  |  |
|---|---|
| ORDER OF COURT<br>Considered and ordered this 29th day of Jan, 2009 and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on January 23, 2009<br><br>_____<br>Donald A. Covington<br>U.S. Probation Officer<br><br>_____<br>Roselyn Gerson<br>Supervising U.S. Probation Officer<br><br>Place: Pittsburgh, PA |